FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR 1 2 2022
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 22-582 JCH |
| vs. | Counts 1-5: 18 U.S.C. § 2113(a): Bank Robbery. |
| **JASON SMELTZER,** | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about January 20, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JASON SMELTZER**, by force, violence, and intimidation, took from the person and presence of another a sum of U.S. currency belonging to and in the care, custody, control, management and possession of First Financial Credit Union, the deposits of which were then insured by the National Credit Union Administration Board.

In violation of 18 U.S.C. § 2113(a).

### Count 2

On or about January 31, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JASON SMELTZER**, by force, violence, and intimidation, took from the person and presence of another a sum of U.S. currency belonging to and in the care, custody, control, management and possession of Bank of the West, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

Count 3

On or about February 15, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JASON SMELTZER**, by force, violence, and intimidation, took from the person and presence of another a sum of U.S. currency belonging to and in the care, custody, control, management and possession of First Financial Credit Union, the deposits of which were then insured by the National Credit Union Administration Board.

In violation of 18 U.S.C. § 2113(a).

Count 4

On or about February 22, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JASON SMELTZER**, by force, violence, and intimidation, took from the person and presence of another a sum of U.S. currency belonging to and in the care, custody, control, management and possession of Enterprise Bank and Trust, the deposits of which were then insured by the National Credit Union Administration Board.

In violation of 18 U.S.C. § 2113 (a).

Count 5

On or about February 23, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JASON SMELTZER**, by force, violence, and intimidation, took from the person and presence of another a sum of U.S. currency belonging to and in the care, custody, control, management and possession of Western Commerce Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

__/s/__
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney